IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHARLES ANTHONY POWELL, III | : | CASE NO.: 18-bk-05155-RNO |
| d/b/a AFTER THE FALL | : | |
| | : | |
| Debtor. | : | CHAPTER 7 |

**SUPPLEMENT TO RULE 2016(b) DISCLOSURE**

*Pursuant to Bankruptcy Rule 2016 (b) and 11 U.S.C. 329 (a), I certify that I am the attorney for the above-named debtor(s) and that in supplement to the disclosure of compensation of attorney for debtor(s) heretofore filed by me, states as follows:*

1. I have agreed to represent the debtor(s) in pursuing an Adversary Proceeding docketed at 5:19-ap-00026-RNO, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

2. The representation will be at $275/hr consistent with the fee agreement executed by debtor(s) and the undersigned.

3. To date the undersigned has received $0 for this representation.

4. The undersigned anticipates receiving payment when/if the Defendants satisfy all or part of the judgment. The undersigned can/will produce time records upon request of any party in interest at that time.

5. The source of such additional compensation paid to me will be from the debtor(s).

6. I have not agreed to share the (above) disclosed compensation with a person or persons who are not members or associates of my law firm.

Date: May 8, 2019

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899
Attorney for Debtor